| AO 10 Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Herndon, David R. | 2. Court or Organization U.S. District Court Southern District of Illinois | 3. Date of Report 05/22/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |

**7. Chambers or Office Address**

United States Courthouse
750 Missouri Avenue
East St. Louis, IL

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1, Assets No 52-131 |
| 2. | Trustee through 5/12/2017 when Trust terminated | Trust #2, Assets No 133-145 |
| 3. | Trustee | Trust #3, Assets No 147-207 |
| 4. | Trustee | Trust #4, Assets No 209-220 |
| 5. | Trustee | Trust #5 Assets No 221-233 |
| 6. | Trustee | Trust #6, Assets No 235-246 |
| 7. | Director | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2017 | Illinois Judges Retirement System | $22,049.48 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Seeger Weiss; Independent contracting paralegal earnings |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ProvidioMedical | Jan 17-Jan 20, 2017 | Cancun, Mexico | Speaker at CLE | Transportation, Hotel |
| 2. | Emory Univ Law School | May 16-May 17, 2017 | Atlanta, GA | Speaker at MDL Conference | Transportation, Hotel |
| 3. | Emory Univ Law School | Sept 13-Sept 15, 2017 | Atlanta, GA | Speaker at MDL Conference | Transportation, Hotel |
| 4. | American Conference Institute | December 6- December 8, 2017 | New York, NY | Speaker at CLE | Transportation, Hotel |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Clover Leaf Bank n/k/a First Mid-Illinois Bank Checking account | A | Interest | K | T | | | | | |
| 2. | Bank of Edwardsville Checking account | A | Interest | J | T | | | | | |
| 3. | IRA Account Pershing IRA Account (H) | | | | | | | | | |
| 4. | - (IRA) Bristol Myers Squibb Co common | A | Dividend | | | Sold | 01/26/17 | J | | loss |
| 5. | - (IRA) Nielson Holdings PLC Shs NLSN | A | Dividend | | | Sold (part) | 06/20/17 | J | | loss |
| 6. | - (IRA) Nielson Holdings PLC Shs NLSN | A | Dividend | | | Sold | 08/18/17 | J | | loss |
| 7. | - (IRA) PayPal Hldgs Inc Com | | None | L | T | Sold (part) | 01/11/17 | J | D | |
| 8. | - (IRA) Alphabet Inc Cap Stk Cl A | | None | K | T | | | | | |
| 9. | - (IRA) American Express Comp | A | Dividend | K | T | | | | | |
| 10. | - (IRA) Avery Dennison Corp Com | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 11. | - (IRA) Becton Dickinson & Co | A | Dividend | K | T | Buy | 05/25/17 | J | | |
| 12. | - (IRA) Becton Dickinson & Co | | | | | Buy (add'l) | 08/03/17 | J | | |
| 13. | - (IRA) DXC Technology Co Com | A | Dividend | J | T | Buy | 08/18/17 | J | | |
| 14. | - (IRA) Intel Corp Com | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 15. | - (IRA) Pepsico Inc Com | A | Dividend | K | T | | | | | |
| 16. | - (IRA) Schlumberger Ltd Com | A | Dividend | | | Buy | 01/11/17 | J | | see below for sale in same |
| 17. | - (IRA) Schlumberger Ltd Com | | | | | Sold | 05/25/17 | J | | period at a loss |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - (IRA) Vanguard Whitehall Fds High Div Yield ETF | A | Dividend | K | T | Buy | 01/10/17 | K | | |
| 19. - (IRA) West Pharmaceutical Svcs Inc Com | | None | | | Sold | 01/10/17 | J | C | |
| 20. - (IRA) Dreyfus Treasury Prime MM | A | Interest | J | T | | | | | |
| 21. | | | | | | | | | |
| 22. IRA Account #2 Cambridge IRA (H) | | | | | | | | | |
| 23. - (IRA2) Liquid Insured Deposits Cash Money Fund (X) | A | Interest | J | T | | | | | |
| 24. - (IRA2) AQR Managed FuturesStrategy HV QMHIX (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 25. - (IRA2) AQR Diversified Arbitrage fund ADAIX (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 26. -(IRA2) Arbitrage Event Driven Fund AEDNX (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 27. - (IRA2) Guggenheim Macro Opportunities Fund GIOIX (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 28. - (IRA2) ASG Managed Futures Strategy Fund ASFYX (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 29. - (IRA2) Pimco Trend Managed Futures Strategy PQTIX (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 30. - (IRA2) Osterweis Strategic Income Fund ORFRX (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 31. - (IRA2) T Rowe Price Floating Rate PRFRX (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 32. - (IRA2) IShares Tr Core S&P 500 ETF IVV (X) | A | Dividend | | | Sold | 12/19/17 | J | B | |
| 33. - (IRA2) IShares Tr Russell 2000 ETF IWM (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 34. - (IRA2) SSGA Active ETF Tr SPDR Dobleline Total Return TOTL (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - (IRA2) Vanguard FTSE Developed Markets ETF VEA (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 36. - (IRA2) Vanguard Intl Equity Index FDS FTSE Emerg Mkts VWO (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 37. - (IRA2) Vanguard Intl Equity Index FDS FTSE Europe VGK (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 38. Cambridge Investment Acct (H) (X) | | | | | | | | | |
| 39. - Liquid Insured Deposits Cash Money Fund (X) | A | Interest | K | T | | | | | |
| 40. - Russell Tax-Managed International Equity Fd RTIUX (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 41. - Russell Tax-Managed US Mid & Small Cap RTOUX (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 42. - Russell Tax-Managed US Large Cap Fd RTMTX (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 43. - Russell Global Real Estate Secs Fd RETTX (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 44. - Russell Global Infrastructure Fd RGFTX (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 45. - Russell Tax-Exempt Bond Fd RBCUX (X) | A | Dividend | | | Sold | 12/19/17 | K | | loss |
| 46. - Russell Tax-Exempt High Yld Bd Fd RHYTX (X) | A | Dividend | | | Sold | 12/19/17 | J | A | |
| 47. - Russell Strategic Bond Fd RSYTX (X) | A | Dividend | | | Sold | 12/19/17 | J | | loss |
| 48. - The Bond Fund of America Fd #8 American Funds (X) | A | Dividend | J | T | | | | | |
| 49. - Capital World Growth & Income Fd #33 American Fd (X) | A | Dividend | J | T | | | | | |
| 50. - Growth Fund of America Fd #5 American Funds (X) | A | Dividend | J | T | | | | | |
| 51. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. 1. TRUST #1 Pershing Brokerage Account (H) | | | | | | | | | |
| 53. - Dreyfus Treasury Prime Inv MM | A | Interest | L | T | | | | | |
| 54. - Connecticut St Ser C 5% 11/1/21 B/E | C | Interest | M | T | | | | | |
| 55. - Indiana Univ Revs Student Fee Ser S 5% 2/21/08 | C | Interest | M | T | | | | | |
| 56. - Metropolitan Govt Nashville Davidson 5% 5/15/23 $20k | A | Interest | | | Sold | 01/31/17 | K | A | |
| 57. - Metropolitan Govt Nashville Davidson 5% 5/15/23 $80k | A | Interest | | | Redeemed | 05/15/17 | L | A | |
| 58. - Metropolitan Govt Nashville Davidson 5% 1/01/25 $50k | B | Interest | L | T | | | | | |
| 59. - Conroe Tex Indpt Sch Dist pre-refunded 5% 2/15/24 $35k | B | Interest | K | T | | | | | |
| 60. - Conroe Tex Indpt Sch Dist unrefunded 5% 2/15/24 $115k | D | Interest | M | T | | | | | |
| 61. - Tennessee St Rfdg-Ser A 4% 08/1/25 | B | Interest | L | T | | | | | |
| 62. - Abilene Tex CTFS Oblig 5% 2/15/26 | B | Interest | L | T | | | | | |
| 63. - Victoria Tex Indpt Sch Dist Sch Bldg 5% 6/15/07 | A | Interest | | | Redeemed | 02/15/17 | M | A | |
| 64. - Washington St RFDG Var purp Ser R-2015 E 5% 7/1/26 | C | Interest | M | T | | | | | |
| 65. - Washington St Var Purp dtd 5% 8/1/26 | B | Interest | L | T | | | | | |
| 66. - Keller Tex Indpt Sch Dist Sch Bldg 5% 8/15/26 | C | Interest | | | Redeemed | 08/15/17 | L | A | |
| 67. - Gainesville Fla Utils Sys Rev Ser A 5% 10/01/26 | B | Interest | L | T | | | | | |
| 68. - Arlington Tex Indpt Sch Sch Dist 5% 8/15/27 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - North Carolina St Pub Impt Ser A 5% 4/14/10 | C | Interest | L | T | | | | | |
| 70. - Jackson Tenn Energy Auth Elec Sys Rfdg 5% 5/1/27 | C | Interest | L | T | Buy | 05/18/17 | L | | |
| 71. - Germantown Tenn RFDG & Impt-Ser A 5% 06/01/27 | C | Interest | M | T | | | | | |
| 72. - Metropolitan Govt Nashville & Davidson 5% 7/1/27 | C | Interest | M | T | | | | | |
| 73. - Houston Tex Util Sys Rev Rfdg Comb first lien Ser D5% | B | Interest | L | T | Buy | 03/20/17 | L | | |
| 74. - Indiana St Fin Auth Rev RFDG-St Revolving Green 5% | C | Interest | M | T | | | | | |
| 75. - Clear Creek Tex Indpt Sch Dist 5% 02/15/28 | C | Interest | L | T | | | | | |
| 76. - Washington St RFDG-Various purp ser R 2015E 5%07/01/28 dtd 2/4/15 | B | Interest | K | T | | | | | |
| 77. - Denton Tex Indpt Sch Dist RFDG 5% 8/15/282/15/25 | C | Interest | L | T | | | | | |
| 78. - HCA Inc Sr Note 8.0% 10/01/18 | B | Interest | | | Redeemed | 07/10/17 | K | A | |
| 79. - Knox Cnty Tenn 5% 6/01/20 dtd 5/01/17 | B | Interest | L | T | Buy | 08/22/17 | L | | |
| 80. - MGM Resorts Intl Sr Nt 6.75% 10/01/20 | B | Interest | K | T | | | | | |
| 81. - Nielsen Fin LLC 4.5% 10/01/20 | B | Interest | K | T | | | | | |
| 82. - H C A Inc HCA Inc Gtd Sr Nt 7.5% 02/15/22 | B | Interest | K | T | Buy | 07/17/17 | K | | |
| 83. - PVH Corp Sr Nt 4.5% 12/15/22 dtd 12/20/12 | B | Interest | K | T | Buy | 03/21/17 | K | | |
| 84. - Wells Fargo & Co new Medium Term Sr Nts 4.125% | A | Interest | K | T | Buy | 10/18/17 | K | | |
| 85. - AON PLC shs Cl A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Accenture PLC Ireland Shs Cl A ACN | A | Dividend | K | T | Sold (part) | 09/27/17 | J | D | |
| 87. - Alibaba Group Hldg Ltd Spons ADS | | None | K | T | Buy | 05/18/17 | J | | |
| 88. - American Tower REIT com | A | Dividend | K | T | | | | | |
| 89. - Altria Group Inc Com | B | Dividend | K | T | | | | | |
| 90. - Amazon Com INC | | None | K | T | | | | | |
| 91. - Apple Inc | B | Dividend | L | T | | | | | |
| 92. - Boeing Co Com | B | Dividend | L | T | | | | | |
| 93. - Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | | | Sold (part) | 05/18/17 | K | C | |
| 94. - Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold | 08/30/17 | K | C | |
| 95. - CBS Corp CL B Com | A | Dividend | | | Sold | 01/03/17 | K | B | |
| 96. - Colgate Palmolive Co | | None | | | Sold | 01/03/17 | K | E | |
| 97. - Disney Walt Co Disney Com | A | Dividend | K | T | Buy | 09/27/17 | J | | |
| 98. - Dow Chem Co Com n/k/a DowDuPont Inc Com | A | Dividend | K | T | Buy | 01/11/17 | K | | |
| 99. - Energy Transfer Equity L.P. | B | Distribution | K | T | | | | | |
| 100. - Enterprise Products Partners L.P. | B | Distribution | K | T | | | | | |
| 101. - Equifax Inc | A | Dividend | | | Sold | 09/08/17 | K | C | |
| 102. - Exxon Mobil Corp | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Flir Systems Inc | A | Dividend | K | T | Buy | 08/30/17 | J | | |
| 104. - Flir Systems Inc | | | | | Buy (add'l) | 10/25/17 | J | | |
| 105. - General Electric Co Com | A | Dividend | | | Sold | 05/12/17 | K | | loss |
| 106. - Goldman Sachs Group Inc Com | A | Dividend | | | Sold | 03/27/17 | K | B | |
| 107. - Honeywell Intl Inc | B | Dividend | L | T | | | | | |
| 108. - Intel Corp Com | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 109. - Intercontinental Exchange Inc | A | Dividend | K | T | Buy | 01/04/17 | K | | |
| 110. - Johnson & Johnson Corp | A | Dividend | | | Buy | 01/04/17 | K | | see below for sale in same |
| 111. - Johnson & Johnson Corp | | | | | Sold | 03/20/17 | K | B | period |
| 112. - JP Morgan Chase & Co Com | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 113. - Kinder Morgan Inc Del Com | A | Dividend | | | Buy | 02/08/17 | J | | see below for sale in same |
| 114. - Kinder Morgan Inc Del Com | | | | | Sold | 12/19/17 | J | | period at a loss |
| 115. - Las Vegas Sands Corp Com | B | Dividend | K | T | | | | | |
| 116. - Las Vegas Sands Corp Com | | | | | Buy (add'l) | 03/01/17 | J | | |
| 117. - Microsoft Corp Com | B | Dividend | L | T | | | | | |
| 118. - Newell Brands Inc Com | B | Dividend | K | T | | | | | |
| 119. - Paychex Inc Common | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Plains All American Pipeline L.P. | B | Distribution | | | Sold | 08/08/17 | J | A | |
| 121. - Raytheon Co Common New | A | Dividend | K | T | | | | | |
| 122. - Thermo Fisher Scientific Inc Com TMO | A | Dividend | K | T | | | | | |
| 123. - Verizon Communications Com | A | Dividend | | | Sold (part) | 04/20/17 | K | D | |
| 124. - Verizon Communications Com | | | | | Sold | 04/28/17 | K | C | |
| 125. - Waste Management Inc Del Com | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 126. - Wells Fargo & Co New Com | A | Dividend | K | T | Buy | 06/05/17 | K | | |
| 127. - West Pharmaceutical Svcs Inc Com | A | Dividend | | | Sold | 01/13/17 | J | B | |
| 128. - Williams Cos Inc Com | A | Dividend | J | T | Buy | 12/19/17 | J | | |
| 129. - KKR Finl Hldgs LLC PFD Ser A LLC | A | Distribution | J | T | | | | | |
| 130. - Starwood Ppty Tr Inc Com | C | Dividend | K | T | | | | | |
| 131. - Alps ETF Tr Alerian MLP Etf | A | Dividend | J | T | | | | | |
| 132. 2. TRUST #2 Pershing Brokerage Account (H) | | | | | | | | | |
| 133. -Drefus Treasury Prime MM | A | Interest | | | Distributed | 05/12/17 | K | | |
| 134. -Accenture PLC Ireland Sh Cl A | A | Dividend | | | Distributed | 05/12/17 | J | | |
| 135. -Alphabet Inc Cap Stk Cl A | | None | | | Distributed | 05/12/17 | J | | |
| 136. -American Express Company | A | Dividend | | | Distributed | 05/12/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. -Apple Inc | A | Dividend | | | Distributed | 05/12/17 | J | | |
| 138. -Colgate Palmolive Co Com | | None | | | Sold | 01/03/17 | J | C | |
| 139. -Exxon Mobil Corp Com | A | Dividend | | | Distributed | 05/12/17 | J | | |
| 140. -Honeywell Intl Inc | A | Dividend | | | Distributed | 05/12/17 | J | | |
| 141. -Newell Brands Inc Com | A | Dividend | | | Distributed | 05/12/17 | J | | |
| 142. -PayPal Hldgs Inc Com | | None | | | Distributed | 05/12/17 | J | | |
| 143. -Verizon Communications Com | A | Dividend | | | Sold (part) | 04/20/17 | J | A | |
| 144. -Verizon Communications Com | | | | | Sold | 04/28/17 | J | A | |
| 145. -Starwood Ppty Tr Inc com | A | Dividend | | | Distributed | 05/12/17 | J | | |
| 146. 3. TRUST #3 Pershing Brokerage Account (H) | | | | | | | | | |
| 147. -Dreyfus Treasury Prime Money Market | A | Interest | L | T | | | | | |
| 148. -Accenture PLC Ireland Shs Cl A | A | Dividend | K | T | | | | | |
| 149. -American Tower REIT | A | Dividend | K | T | | | | | |
| 150. -AON PLC Com Shs | A | Dividend | J | T | | | | | |
| 151. -Alibaba Group Hldg Ltd Spons ADS | | None | J | T | Buy | 05/18/17 | J | | |
| 152. -Alphabet Inc Cap Stk Cl A | | None | J | T | | | | | |
| 153. -Altria Group Inc Com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Amazon Com Inc | | None | J | T | | | | | |
| 155. -American Express Company | A | Dividend | J | T | | | | | |
| 156. -Apple Inc | A | Dividend | J | T | | | | | |
| 157. -Avery Dennison Corp Com | A | Dividend | J | T | Buy | 06/20/17 | J | | |
| 158. -Becton Dickinson & Co | A | Dividend | J | T | Buy | 05/25/17 | J | | |
| 159. -Becton Dickinson & Co | | | | | Buy (add'l) | 08/03/17 | J | | |
| 160. -Boeing Co com | A | Dividend | K | T | | | | | |
| 161. -Booz Allen Hamilton Hldg Corp Cl A | A | Dividend | | | Sold (part) | 05/18/17 | J | A | |
| 162. -Booz Allen Hamilton Hldg Corp Cl A | | | | | Sold | 08/30/17 | J | A | |
| 163. -Bristol Myers Squibb Co Com | A | Dividend | | | Sold | 01/26/17 | J | | loss |
| 164. -CBS Corp CL B Com | A | Dividend | | | Sold | 01/03/17 | J | A | |
| 165. -Colgate Palmolive Co | | None | | | Sold | 01/03/17 | J | C | |
| 166. -DXC Technology Co Com | A | Dividend | J | T | Buy | 08/18/17 | J | | |
| 167. -Disney Walt Co Disney Com | A | Dividend | J | T | Buy | 05/24/17 | J | | |
| 168. -Dow Chem Co Com n/k/a DowDuPont Inc Com | A | Dividend | J | T | Buy | 01/11/17 | J | | |
| 169. -Equifax Inc | A | Dividend | | | Sold | 09/08/17 | J | A | |
| 170. -Exxon Mobil Corp Com | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -Flir Systems Inc | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 172.  -Flir Systems Inc | | | | | Buy (add'l) | 10/25/17 | J | | |
| 173.  -Goldman Sachs Group Inc Com | A | Dividend | | | Sold | 03/27/17 | J | A | |
| 174.  -Honeywell Intl Inc | A | Dividend | J | T | | | | | |
| 175.  -Intel Corp Com | A | Dividend | J | T | Buy | 01/27/17 | J | | |
| 176.  -Intel Corp Com | | | | | Buy (add'l) | 02/16/17 | J | | |
| 177.  -Intercontinental Exchange Inc Com | A | Dividend | J | T | Buy | 01/04/17 | J | | |
| 178.  -Johnson & Johnson Com | A | Dividend | | | Buy | 01/04/17 | J | | see below for sale in same |
| 179.  -Johnson & Johnson Com | | | | | Sold | 03/20/17 | J | A | period |
| 180.  -JP Morgan Chase & Co Com | A | Dividend | J | T | Buy | 03/27/17 | J | | |
| 181.  -Kimberly Clark Corp Com | A | Dividend | | | Sold | 08/07/17 | J | | loss |
| 182.  -Kinder Morgan Inc Del Com | A | Dividend | J | T | Buy | 02/08/17 | J | | |
| 183.  -Las Vegas Sands Corp Com | A | Dividend | J | T | | | | | |
| 184.  -Las Vegas Sands Corp Com | | | | | Buy (add'l) | 03/01/17 | J | | |
| 185.  -Nielson Holdings PLC Shs | A | Dividend | | | Sold (part) | 06/20/17 | J | | loss |
| 186.  -Nielson Holdings PLC Shs | | | | | Sold | 08/18/17 | J | | loss |
| 187.  -Newell Brands Inc Com | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Herndon, David R. | 05/22/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  -PayPal Hldgs Inc Com | | None | K | T | | | | | |
| 189.  -Pepsico Inc Com | A | Dividend | J | T | | | | | |
| 190.  -Philip Morris Intl Inc Com | A | Dividend | J | T | | | | | |
| 191.  -Proctor & Gamble Co Com | A | Dividend | J | T | Buy | 08/07/17 | J | | |
| 192.  -Raytheon Co Com New | A | Dividend | J | T | | | | | |
| 193.  -Raytheon Co Com New | | | | | Buy (add'l) | 01/13/17 | J | | |
| 194.  -Schlumberger Ltd Com | A | Dividend | | | Buy | 01/11/17 | J | | see below for sale in same |
| 195.  -Schlumberger Ltd Com | | None | | | Sold | 05/25/17 | J | | period at a loss |
| 196.  -Thermo Fisher Scientific Inc com | A | Dividend | J | T | | | | | |
| 197.  -Verizon Communications Com | A | Dividend | | | Sold (part) | 04/20/17 | J | B | |
| 198.  -Verizon Communications Com | | | | | Sold | 04/28/17 | J | B | |
| 199.  -Waste Mgmt Inc Del Com | A | Dividend | J | T | Buy | 10/04/17 | J | | |
| 200.  -Wells Fargo & Co New Com | A | Dividend | J | T | Buy | 06/05/17 | J | | |
| 201.  -West Pharmaceutical Svcs Inc Com | A | Dividend | | | Sold | 02/03/17 | J | B | |
| 202.  -Starwood Ppty Tr Inc Com | A | Dividend | J | T | | | | | |
| 203.  -IShares Tr Core S&P Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 204.  -IShares Tr S&P Midcap 400 Value Index Fd | B | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -JPMorgan Chase & Co Alerian MLP Index | C | Dividend | | | Sold | 10/26/17 | K | | loss |
| 206. -Pimco ETF Tr Enhanced Short Mat | A | Dividend | | | Sold | 07/06/17 | K | A | |
| 207. -WisdomTreeTr Emerging Mkts Small Cap AVG | A | Dividend | J | T | | | | | |
| 208. 4. TRUST #4 Pershing Brokerage Account (H) | | | | | | | | | |
| 209. -Dreyfus Treasury Prime Inv Sh MM | A | Interest | K | T | | | | | |
| 210. -IShares Tr S&P Midcap 400 Value Index | A | Dividend | L | T | | | | | |
| 211. -IShares Inc MSCI Japan ETF New | A | Dividend | J | T | Buy | 11/09/17 | J | | |
| 212. -JPMorgan Chase & Co Alerian MLP Index | B | Dividend | | | | | | | |
| 213. -JPMorgan Chase & Co Alerian MLP Index | | | | | Buy (add'l) | 05/16/17 | J | | |
| 214. -JPMorgan Chase & Co Alerian MLP Index | | | | | Sold | 10/26/17 | K | | loss |
| 215. -Powershares QQQ Tr Unit Ser 1 | A | Dividend | K | T | | | | | |
| 216. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | A | Dividend | | | Sold | 04/06/17 | K | D | |
| 217. -Vanguard Whitehall Fds High Div | A | Dividend | K | T | | | | | |
| 218. -Vanguard Index Fds S&P 500 ETF VOO | B | Dividend | L | T | | | | | |
| 219. -Vanguard Index Fds S&P 500 ETF VOO | | | | | Buy (add'l) | 04/06/17 | K | | |
| 220. -WisdomTree Emerging Mkts Small Cap Avg | A | Dividend | K | T | | | | | |
| 221. 5. TRUST #5 Pershing Brokerage Account (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. -Dreyfus Treasury Prime Inv MM | A | Interest | K | T | | | | | |
| 223. -IShares Tr S&P Midcap 400 Value | A | Dividend | K | T | | | | | |
| 224. -IShares Inc MSCI Japan ETF New EWJ | A | Dividend | J | T | Buy | 11/09/17 | J | | |
| 225. -JPMorgan Chase & Co Alerian MLP Index | A | Dividend | | | | | | | |
| 226. -JPMorgan Chase & Co Alerian MLP Index | | | | | Buy (add'l) | 05/06/17 | J | | |
| 227. -JPMorgan Chase & Co Alerian MLP Index | | | | | Sold | 10/26/17 | K | | loss |
| 228. -Powershares QQQ Tr Unit Ser 1 | A | Dividend | K | T | | | | | |
| 229. -SPDR S&P Midcap 400 ETF Tr Unit Ser 1 | A | Dividend | J | T | Sold (part) | 04/06/17 | J | D | |
| 230. - Vanguard Whithall Fds High Div | A | Dividend | J | T | | | | | |
| 231. -Vanguard Index Fds S&P 500 ETF | A | Dividend | L | T | | | | | |
| 232. -Vanguard Index Fds S&P 500 ETF | | | | | Buy (add'l) | 04/06/17 | J | | |
| 233. -WisdomTree Tr Emerging Mkts Small Cap Avg DGS | A | Dividend | J | T | | | | | |
| 234. 6. Trust #6 Pershing Brokerage Account (H) | | | | | | | | | |
| 235. -Dreyfus Treasury Prime Inv MM | A | Interest | K | T | | | | | |
| 236. -IShares Tr S&P MidCap 400 Value | A | Dividend | K | T | | | | | |
| 237. -IShares Inc MSCI Japan ETF New | A | Dividend | J | T | Buy | 11/09/17 | J | | |
| 238. -JPMorgan Chase & Co Alerian MLP Index | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239.  -JPMorgan Chase & Co Alerian MLP Index | | | | | Buy (add'l) | 05/16/17 | J | | |
| 240.  -JPMorgan Chase & Co Alerian MLP Index | | | | | Sold | 10/26/17 | J | | loss |
| 241.  -PowerShares QQQ Tr Unit Ser 1 | A | Dividend | J | T | | | | | |
| 242.  -SPDR S&P MidCap 400 ETF Tr Unit Ser 1 | A | Dividend | J | T | Sold (part) | 04/06/17 | J | C | |
| 243.  -Vanguard Whitehall Fds High Div | A | Dividend | J | T | | | | | |
| 244.  -Vanguard Index Fds S&P 500 ETF | A | Dividend | K | T | | | | | |
| 245.  -Vanguard Index Fds S&P 500 ETF | | | | | Buy (add'l) | 04/06/17 | J | | |
| 246.  -WisdomTree Emerging Mkts Small Cap Avg DGS | A | Dividend | J | T | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |
| 252. | | | | | | | | | |
| 253. | | | | | | | | | |
| 254. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Dreyfus Treasury Prime Inv Money Market Account

IRA  Dreyfus MM reported on line 20
Trust #1 on line  53
Trust #2 on line 133
Trust #3 on line 147
Trust #4 on line 209
Trust #5 on line 222
Trust #6 on line 235

Lines 20, 53, 133, 147, 209, 222 and 235 Dreyfus Treasury Prime Inv Money Market Account was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments.  Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested.

Lines 22-50 were inherited in 2017.

Lines 23 & 39  Liquid Insured Deposits Cash Money Fund was used as a vehicle to hold cash equivalent assets for purchase of other investments and to place sale proceeds pending other investments.  Consequently, money moved in and out of these accounts with great frequency and no attempt was made to distinguish each transaction unless specifically requested

Lines 98 and 168 Dow Chemical Co changed its name to DowDuPont Inc on 09/01/2017

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David R. Herndon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544